UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 08033
   ROGER M HORNING
   CYNTHIA M HORNING                      CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-8770    SSN XXX-XX-7103
```

------------------------------------------------------------------------
TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 05/02/07 and confirmed on 11/16/07.

   2.  The case was dismissed after confirmation, 01/09/2009.

   3.  The Debtor paid a total of $ 11850.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ILLINOIS TITLE LOANS | SECURED VEHIC | 500.00 | .00 | 500.00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 33789.43 | .00 | 7369.64 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7935.38 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 11660.41 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 1396.12 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 3486.18 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 4716.69 | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 4818.03 | .00 | .00 |
| CITGO | UNSECURED | NOT FILED | .00 | .00 |
| EXXON MOBIL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2590.16 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 925.39 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 740.01 | .00 | .00 |
| PHILLIPS 66 | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 1218.19 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 11043.52 | .00 | .00 |
| INTERNAL REVENUE SERVICE | SECURED | 5300.00 | .00 | 883.30 |
| INTERNAL REVENUE SERVICE | UNSECURED | 3803.58 | .00 | .00 |
| ILLINOIS TITLE LOANS | UNSECURED | 73.06 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ECAST SETTLEMENT CORPORA | UNSECURED | 4909.86 | .00 | .00 |
| B REAL LLC | UNSECURED | 1249.17 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 5800.00 | 33789.43 | 60565.75 | .00 | 100155.18 |

```
PRINCIPAL PAID          1383.30      7369.64         .00         .00    8752.94
INTEREST PAID               .00          .00         .00         .00        .00
TOTAL PAID              1383.30      7369.64         .00         .00    8752.94
```

The Debtor's attorney, FELD & KORRUB LLC                , was allowed $   3000.00
and was paid $    506.00  direct and $   2494.00  through the plan.

The Trustee received $    603.06 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


Dated: 03/11/09                     /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE